UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| YAAKOV LEVY,<br><br>                Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE & COMPANY,<br><br>                Defendant. | Case No. 3:17-cv-00253-FLW-TJB |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Yaakov Levy and Defendant Chase Bank USA, N.A., incorrectly named in the complaint as JP Morgan Chase & Company, by and through their undersigned counsel, hereby stipulate that:

1.    All claims, defenses, motions, and petitions asserted by Plaintiff against Defendant are dismissed with prejudice; and

2.    Each party shall bear its own costs and attorneys' fees.

**SO STIPULATED:**

    Dated: July 25, 2017

    /s/ Yitzchak Zelman
    Yitzchak Zelman
    Marcus Zelman, LLC
    1500 Allaire Avenue, Suite 101
    Ocean, NJ 07712
    Tel.: (347) 526-4093
    Fax: (732) 298-6256

*Attorney for Plaintiff Yaakov Levy*

    /s/ Rachel Weiner Cohen
    Rachel Weiner Cohen
    WILMER CUTLER PICKERING
      HALE AND DORR LLP
    1875 Pennsylvania Avenue NW
    Washington, DC 20006
    Tel.: (212) 230-8800
    Fax: (212) 230-8888

*Attorney for Defendant Chase Bank USA, N.A.*

**IT IS SO ORDERED:**

_Freda L. Wolfson_ 7/26/17
FREDA L. WOLFSON, U.S.D.J.